**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC.,

Plaintiffs,

v.

TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana,

Defendant.

Case No. 1:24-cv-00980-RLY-TAB

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Free Speech Coalition, Inc., Aylo Premium Ltd, Aylo Freesites Ltd, WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, and Midus Holdings, Inc., through their undersigned counsel, hereby certify that:

1. Plaintiff Free Speech Coalition, Inc. has no parent corporation;
2. Plaintiff Aylo Premium Ltd is a wholly-owned subsidiary of Aylo CY Holdings Ltd;
3. Plaintiff Aylo Freesites Ltd is a wholly-owned subsidiary of Aylo CY Holdings Ltd;
4. Plaintiff WebGroup Czech Republic, a.s. has no parent corporation;

5. Plaintiff NKL Associates s.r.o. has no parent corporation;

6. Plaintiff Sonesta Technologies, s.r.o. is a wholly-owned subsidiary of United Communication Hldg II, a.s.;

7. Plaintiff Sonesta Media, s.r.o. is a wholly-owned subsidiary of United Communication Hldg II, a.s.;

8. Plaintiff Yellow Production, s.r.o. has no parent corporation;

9. Plaintiff Paper Street Media, LLC is a wholly-owned subsidiary of Paper Street Holdings, Inc.;

10. Plaintiff Neptune Media, LLC is a wholly-owned subsidiary of Paper Street Holdings, Inc.;

11. Plaintiff MediaME SRL has no parent corporation;

12. Plaintiff Midus Holdings, Inc. has no parent corporation; and

13. No publicly held corporation owns 10 percent or more of any of the above-listed Plaintiffs' stock.

Dated: June 10, 2024 By /s/ *Kian Hudson*

Derek L. Shaffer (*pro hac vice forthcoming*)
derekshaffer@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Fax: (202) 538-8100

Kian Hudson (Bar No. 32829-02)
Kian.hudson@btlaw.com
BARNES & THORNBURG LLP
11 S Meridian St
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Fax: (317) 231-7433

Taylor E. Comerford (*pro hac vice forthcoming*)
taylorcomerford@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Fax: (617) 712-7200

Michael T. Zeller (*pro hac vice forthcoming*)
Arian Koochesfahani (*pro hac vice forthcoming*)
michaelzeller@quinnemanuel.com
ariankoochesfahani@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100