**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

FREE SPEECH COALITION, INC., AYLO
PREMIUM LTD, AYLO FREESITES LTD,
WEBGROUP CZECH REPUBLIC, A.S.,
NKL ASSOCIATES, S.R.O., SONESTA
TECHNOLOGIES, S.R.O., SONESTA
MEDIA, S.R.O., YELLOW PRODUCTION,
S.R.O., PAPER STREET MEDIA, LLC,
NEPTUNE MEDIA, LLC, MEDIAME SRL,
MIDUS HOLDINGS, INC.,

        Plaintiffs,

    v.

TODD ROKITA, in his official capacity as the
Attorney General of the State of Indiana,

        Defendant.

Case No. 1:24-cv-980-RLY-TAB

**<u>DECLARATION OF ALISON BODEN IN SUPPORT OF PLAINTIFFS' MOTION FOR
EXPEDITED PRELIMINARY INJUNCTION</u>**

I, Alison Boden, declare as follows:

1.      I provide this Declaration in support of the Motion for Expedited Preliminary Injunction brought by Plaintiffs against Indiana Senate Bill 17 (the "Act").  I am over eighteen years of age, and I have personal knowledge of the matters set forth in this Declaration.  If called as a witness I could and would testify competently to these matters.

2.      I am the Executive Director of the Free Speech Coalition ("FSC"), a plaintiff in this action.  Before joining FSC, I was professionally involved in the adult entertainment industry for 20 years in various capacities, including as a small business owner, marketer, product manager, software developer, manager, and chief executive officer.

3.      FSC is a not-for-profit trade association that assists filmmakers, producers, distributors, wholesalers, manufacturers, retailers, internet platforms, performers, writers, educators, and other creative artists located throughout North America in the exercise of their First Amendment rights and in the vigorous defense of those rights against censorship.

4.      Founded in 1991, FSC currently represents hundreds of businesses and individuals involved in the production, distribution, sale, and presentation of constitutionally-protected and non-obscene materials that are disseminated to consenting adults via the internet.

5.      In this action, FSC acts especially on behalf of its many members who are individual adult performers gravely concerned about the consequences of the Act, but who fear for their safety should they come forward publicly to challenge the Act in court.

6.      As someone who has worked in adult entertainment industry for many years, I am aware that privacy is of paramount importance to individuals working within the industry.  Most models or actors, and many individuals working behind the camera or in administrative positions, use pseudonyms to protect themselves against harassment, doxing, and general animosity targeted towards those who work within the adult industry.  I have personally witnessed individuals whose lives have been nearly destroyed after being publicly connected to adult businesses.  The same animosity and judgement is targeted towards those who watch, read, or listed to adult content.

1

Thus, although many people access adult material, few would want their friends, neighbors, or family to know.

7.      The rights of FSC members and viewers of their material will be seriously infringed if the Court does not enjoin the Act.  FSC members are currently responding to similar laws recently enacted in other states in one of three ways: by (1) declining to abide by the statutory terms, thus risking lawsuits or civil penalties so long as the Act remains in effect; (2) diverting web traffic from IP addresses within the state passing such Acts, thus precluding online visitors from those States (to the extent possible); or (3) contracting (at great expense) the services of age-verification platforms to age-verify visitors to their site.  When the Act goes into effect on July 1, 2024, they will have those same three options.

8.      Option (1) outlined above puts FSC members at grave risk of lawsuits and civil penalties, including costs and attorney's fees. For many—including performers who operate as corporations, single-member LLCs, or sole proprietorships likely qualifying as entities governed by the Act—even a single adverse judgment or statutory penalty could prove ruinous for the business.

9.      Option (2) prevents FSC members from reaching Indiana customers and prevents those customers from accessing non-obscene, constitutionally protected material.  It also impedes the rights of residents living in border towns of neighboring states from receiving such material where their IP addresses mistakenly reflect presence in Indiana.

10.     Option (3) is unworkable for most FSC members.  First, members are unsure what protocols constitute a "mobile credential" or "material that is available from a commercially available data base, or an aggregate of data bases, that is regularly used by government agencies and businesses for the purpose of age and identity verification" sufficient to provide safe harbor under the Act.  To the best of my knowledge, Indiana does not actually provide mobile credentials or provide access to any government identity databases to third-party vendors, and FSC members do not wish to rely on the provision of services from such third-party vendors to distribute constitutionally-protected materials to Indiana adults.   Likewise, verification via "any

commercially reasonable method" is unworkable and unclear where that method must rely on "public or private transactional data" to verify the user's age. FSC members do not know what "commercially reasonable" means and do not know of third-party vendors using such transactional data to age-verify users.

11. Although there *are* providers of age-verification services in operation, the specifics of those services vary. What they share in common is a hefty price tag for their services, which many members cannot reasonably afford. I used similarweb.com to research estimates for the number of US-based users that FSC members' websites received in April 2023. The average is nearly 80,000,000 and the median is about 5,000,000. Then, I created the following table, which I update over time, to identify the providers of which I am aware that verify a user's identity via government identification documents and make their pricing public (most do not). I used my calculations to create an estimated cost for websites of various sizes:

| Vendor | Website (pricing) | $ per verification | 100M verifications | 5M verifications | 100k verifications |
|---|---|---|---|---|---|
| Yoti | https://www.yoti.com/business/identity-verification/ | £1.20 | £120,000,000 | £6,000,000 | £120,000 |
| Ondato | https://ondato.com/plans-pricing/ | €0.95 | €95,005,180 | €4,750,259 | €95,005 |
| Stripe | https://stripe.com/identity#pricing | $1.50 | $150,000,000 | $7,500,000 | $150,000 |
| veriff | https://www.veriff.com/plans | $0.80 | $80,000,000 | $4,000,000 | $80,000 |
| Trustmatic | https://trustmatic.com/pricing | €0.40 | €40,000,000 | €2,000,000 | €40,000 |
| Faceki | https://apps.faceki.com/pricing | $0.93 | $93,000,000 | $4,650,000 | $93,000 |

*as of August 2023; it appears that Trustmatic now hides its pricing model

12. Instead of website-based age verification, FSC fully supports the use of parental filtering on children's devices. That's why we use the "Restricted to Adults" (RTA) label on our sites and platforms. It was created by the nonprofit Association of Sites Advocating Child Protection (ASACP) to standardize a single, consistent, universally recognizable tag for adult material that triggers an automatic block by device-level parental control and filtering software.

13. I read and shared with FSC members the Jun. 16, 2023 article written by Carlie Kollath Wells for Axios New Orleans, titled *Millions of Louisiana resident targeted in massive cyberattack*, available at https://www.axios.com/local/new-orleans/2023/06/16/louisiana-cyberattack-dmv-moveit, which reports "[e]veryone with a Louisiana driver's license or state ID likely had their personal information exposed in a massive cyberattack that's punctured agencies

across the country." This hack is particularly alarming to FSC, as Louisiana recently passed an age-verification statute that works in conjunction with Louisiana's digital driver's license and age verification service LA Wallet. Given the risks of identity theft that come even with purportedly "more secure" ways to verify age like LA Wallet, FSC members are 1) concerned that unnecessarily requiring the entry of personal data to access legal erotic content on the internet increases the risk that adults' sensitive personal data will be hacked, and 2) that knowing of this risk, potential customers will decline to access such material through any website that follows the age-verification mandates of the Act.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

      Executed on June 9, 2024 in San Francisco, California.

_____
Alison Boden