**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

FREE SPEECH COALITION, INC., et al.   )
                           Plaintiff(s),   )
                                           )
       vs.                                     ) CASE NO. 1:24–cv–00980–RLY–TAB
                                           )
TODD ROKITA, in his official capacity as   )
the Attorney General of the State of Indiana
                         Defendant(s)   )

**ORDER OF RECUSAL/DISQUALIFICATION**

       In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

       IT IS SO ORDERED.


DATE: June 10, 2024                   s/ Magistrate Judge Tim A. Baker
                                                         United States District Court
                                                         Southern District of Indiana