UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br>Plaintiff, <br><br>v. <br><br>TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, <br><br>Defendants. | Case No. 1:24-cv-980 |

### DECLARATION OF BRYAN R. BROWN

I, Bryan R. Brown, hereby declare and state as follows:

1. I am over the age of 18 and have personal knowledge of the facts set forth in this declaration.

2. I am a detective with the Evansville Police Department's Internet Crimes Against Children Unit since 2009 and have worked as a federal task force officer on a child exploitation task force since 2010.

3. As a part of my job with the Evansville Police Department, I conduct investigations involving the online sexual exploitation of children, including the uploading of illegal or nonconsensual content to pornography websites. My duties require me to visit porn websites on a regular basis.

1

4.     In the 15 years that I have been investigating the online sexual exploitation of children, I have been involved in hundreds of investigations and have personally conducted hundreds of interviews with adult males that were being investigated for possession, distribution, production or accessing with intent to view child sexual abuse material, and during my interviews I ask them when they first began viewing pornography. Nearly every individual who answered this question stated that they began viewing pornography when they were under the age of 18, some of them as young as 10 years old. Many of the individuals that I have arrested for the online sexual exploitation of children stated they believe that their early consumption of pornography and their now addiction to pornography played a major role in their viewing of child sexual abuse material.

5.     In the last several years, I have personal knowledge of at least one family member and personal knowledge of friends who have contacted me about their children being exposed to pornography and were now viewing pornography consistently. In some of these incidents, the children exposed to pornography had filtering software installed on their devices, but accessed pornography using friends' devices that lacked filtering software.

6.     In the years since beginning to investigate the online sexual exploitation of children, I have personally assisted numerous children and their families in trying to get their images or videos removed from a website that someone had uploaded their explicit content to for the sexual gratification of others viewing the website.

7.     I and my colleagues across the country are beginning to see a very disturbing trend involving the possession, distribution, production or accessing with intent to view child sexual abuse material by juvenile suspects. In the last three years I have received multiple CyberTips from the National Center for Missing and Exploited Children that have resulted in a juvenile being identified as the person being reported by the electronic service provider.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

*[signature]*