**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD,  WEBGROUP CZECH REPUBLIC, A.S.,  NKL ASSOCIATES, S.R.O., SONESTA  TECHNOLOGIES, S.R.O., SONESTA  MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., | ) ) ) ) ) ) ) ) ) ) | Case No.  1:24-cv-980 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF PETER GLOGOZA**

I, Peter J. Glogoza, hereby declare and state as follows:

1.      I am over the age of 18 and have personal knowledge of the facts set forth in this declaration.

2.      I am a Captain with the Indiana State Police with twenty-seven years of experience. As the Captain of the Special Investigations Division at the Indiana State Police, I oversee the Drug Enforcement Section, Special Investigations Section, Technical Support Unit, Organized Crime and Corruption Unit, Auto Theft Unit, Internet Crimes Against Children Task Force, Human Trafficking, Network Intrusion and Exploitation, and Methamphetamine Suppression Unit. My responsibilities include supervising and coordinating the daily tasks of the Special Investigations staff and ensuring that all team members receive proper training. Furthermore, I handle

1

administrative functions, guide supervisors on operational and administrative matters, and oversee Special Investigative Task Force assignments.

3.      As a part of my job as the Captain of the Special Investigations Division, I have supported numerous investigations concerning the online sexual exploitation of children. Many of these investigations began as a CyberTip received from the National Center for Missing and Exploited Children (NCMEC). Some of these CyberTips, which have originated from the adult entertainment industry, concern the illegal uploading of depictions of sexually explicit content to adult pornography websites. Duties within the Special Investigations Division, Internet Crimes Against Children Task Force, require investigators to visit porn websites regularly.

4.       I went to Google.com and searched "hot sex." Google's SafeSearch was turned on for this search, and blur was selected at the time of the search. The results would load continuously as I scrolled down. No images were shown on the main search page. However, nine (9) of the ten (10) first search results were links to Pornhub.com, XVIDEOS.com, XNXX.com, and XHamster.com.

5.      I then clicked on the "videos" tab. This took me to a classic Google search page that was not continuously scrolling and contained ten (10) search results, followed by a numerical list of the next available pages (1-10 followed by Next with an arrow above). Eight (8) of the ten (10) videos were links to Pornhub.com, XVIDEOS.com, XNXX.com, and xHamster.com. When selecting page 2, the results were that eight (8) of the (10) videos were links to Pornhub.com, XVIDEOS.com, XNXX.com, and xHamster.com. I returned to page 1 and clicked the first link, which directed me to XVIDEOS.com.  The video's title was "Hot Sex," and the length was three (3) minutes. (The images were blurred out for this page, and there was no ability to scroll).

6.      After clicking, XVIDEOS opened the website with a blurred video. A warning box popped up that stated "WARNING This site is for adults only! By entering this website, I acknowledge that I am 18 years old or older and agree to the Terms of Service, which are available HERE." The "HERE" was a link. I did not click on it. The box offered three options: "Straight," "Gay," or "Trans." I selected "Straight" and clicked a red box that said "ENTER – I am 18 years old or older." No verification of my age was recorded. Anyone can click to enter.

7.      After clicking to enter, the video unblurred. Under the video, there were still shots of porn videos, about twelve (12) in all, listed as recommendations. There was also a button titled "Show more related videos." The videos were titled "Steamy hotel sex with super sexy brunette Christiana," "Rich Wife Needs Her Chauffeur To Satisfy Sexual Needs – Dani Daniels," "Hot Blonde and a Lucky *** My Free ChatRoom www.siswetlive.com/siswet19," "Sexy Dani wakes up Erik for a fun romp in the bed," "Super Hot Sarah Banks Rough and Passionate Creampie," "s. Teens Sex," "Brunette chick moaning from hot hardcore fuck in beaver," "VIXEN Dirty Couple Can't Stop Fucking," "OutOfTheFamily Hot MILF Sheena Ryder Fucks With Her Stepson While Her Husba…," "Free Sex," "teen sex," and lastly, "Hard."

8.      There were also multiple sets of advertisements on this page. One advertisement was for an Online Pharmacy with a Special Offer for Viagra and Cialis. One advertisement was for EngageX CBD Gummies that would enlarge your penis. Another advertisement was titled, "Lilly (31) Indianapolis: "Come fuck me…at my place (1.3 miles away). When selected, it took you to Craigslist for sex; Horny women nearby are looking for sex! YOU ARE ABOUT TO DISCOVER THE BEST WEBSITE FOR ADULTS! Another advertisement was labeled, "Doctor's 'Erection Muscle Trick' To Get Hard In 7 Seconds! (Try It Tonight). At the bottom of the page were comments from website users about the video.

9.      At the top of the page, there were links to Best Videos, Channels, Pornstars, RED Videos, Live Cams, Games, Dating, Profiles, and Categories. Hovering over the Categories link, a page offered 63 different categories. Some of these categories included "Cheating," "Cuckold/Hotwife," "Fucked Up Family," "Furry," "Gapes," "Gangbang," "Hardcore," "Rough," and "Teen."

10.     There was a search bar at the top. I searched for the word "bondage" in the search bar. 47,207 free results matched that tag, and 5,827 RED matched those requiring a subscription. But it also showed suggestions as I entered the search word bondage.  Included within these suggestions were: "bondage fuck" with 315,697 results and "bondage sex" with 295,136 results.

11.     I then searched for the words "teen bondage" and clicked enter. 241,443 results populated.

12.     I clicked and watched a video titled "PunishTeens – Adorable Teens (Chloe Couture) (Trisha Parks) Tied up and." In that 10-minute and 22-second video, two girls are tied up with rope and gagged by a man. Throughout the video, the two women are penetrated orally and vaginally. At one point, the man puts his hands around one of the women's throats. The man also grabbed onto the woman, using her mouth to gain leverage while penetrating her. At the end of the video, the man ejaculated onto the woman's faces. The video had approximately 9,040,739 views.

13.     I then clicked the back button, and clicked and watched a video titled "4 slaves punished and humiliated by master he fucks and slaps them." In that 10-minute and 13-second video, four girls are tied with their hands behind their backs. A man turns them around and smacks their buttocks with what appears to be a wooden paddle. The scene changes, and the four girls are around a table. The man fondles and then gags one of the girls, who is shown to be drooling. A few moments later, it is shown that the man is pinching and twisting one of the girl's nipples, and

she screams in pain. He then beats one of the women with a wooden plank that appears to have metal ridges on it. The girl screams in pain. Another girl is then dragged up the stairs and whipped with a whip and screams in pain. I stopped the video before it ended. The video had approximately 2,662,158 views.

14.     While browsing XVIDEOS.com, I came across other videos I would prefer not to describe any further in this declaration.

15.     I also visited the website Pornhub.com. There was a warning box indicating the website was for adults only. But with one click and no verification, I could bypass it. Then another pop-up box indicated that Pornhub would be pulling its service from my area. I clicked to move on. Then, I was taken to the home page. It had the same general layout as XVIDEOS.com, which is a common layout for porn sites, where the landing pages show photos that you can click on to view videos. Or you can scroll over the pictures to see a preview without clicking.

16.     I also visited XNXX.com and Porndoe.com. There was a warning box indicating the website was for adults only. But with one click and no verification, I could bypass it. It had the same general layout as Pornhub.com and XVIDEOS.com. The videos on these websites were generally free to access, and advertisements usually played at the beginning of each video.

17.     I then visited Brazzers.com, Bangbros.com, MYLF.com, Teamskeet.com, and Letsdoeit.com. Once the page loaded, a warning box indicated the website was for adults only. But with one click and no verification, I could bypass it. The landing pages of those websites likewise showed pictures of videos you can click to view. These websites offer short previews of the films, at the end of which you are taken to a screen that requests payment.

18.     I also visited FakeTaxi.com and Superbe.com. There was a warning box indicating the websites were for adults only. But with one click and no verification, I could bypass it. While

scrolling my cursor over the pictures, I could watch a preview without clicking, but when I clicked on a random video, it went directly to a payment request page.

19.     Even for the non-subscription websites, the videos posted on the channels for the subscription services often act as advertisements for their paid service. For instance, BangBros.com has a channel on Pornhub.com. Sometimes, those content creators provide free full-length videos that provide a link to the paid channel or content creator that posted the video. Other times, the video includes a watermark that advertises the content creator.

20.     The site's pages are also filled with advertisements along the top banner and/or sidebars. Those ads sometimes promote other porn sites, false or fake medical treatments, sex toys, other or other services. The purpose of the ad sometimes varies, but they are always, or almost always, pornographic. Generally, websites offering free videos usually require users to watch an advertisement at the beginning of the video, with an opportunity to skip the advertisement after a set period, usually five (5) seconds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

/s/ *Peter J. Glogoza*

_____

Peter J. Glogoza, Captain
Indiana State Police
Special Investigations Division

6