# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br>                       Plaintiff, <br><br> v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, <br><br>                       Defendant. | Case No.: 1:24-cv-980-RLY-TAB <br><br> Judge Richard L. Young |

**Declaration of James A. Barta**

1. I, James A. Barta, am Solicitor General and counsel in the Office of Attorney General Theordore E. Rokita. I am admitted to the State Bar of Indiana.

2. I have personal knowledge of the facts contained in this affidavit, and I am competent to testify.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the article: Byrin Romney, *Screens, Teens, and Porn Scenes: Legislative Approaches to Protecting Youth from Exposure to Pornography*, 45 VT. L. REV. 43 (2020).

4. Attached hereto as **Exhibit 2** is a true and correct copy of the article: Niki Fritz, et al., *A Descriptive Analysis of the Types, Targets, and Relative Frequency of Aggression in Mainstream Pornography*, 49 ARCH. OF SEXUAL BEHAVIOR 3041 (July 2020).

5. Attached hereto as **Exhibit 3** is a true and correct copy of the article: Aina M. Gasso, et al., *Psychological and Forensic Challenges Regarding Youth Consumption of Pornography: A Narrative Review*, ADOLESCENTS, 108–22 (Apr. 7, 2021).

6. Attached hereto as **Exhibit 4** is a true and correct copy of the article: Chiara Sabina, et al., *The Nature and Dynamics of Internet Pornography Exposure for Youth*, 11 CYBER PSYCHOLOGY & BEHAVIOR, no. 6, 1–3 (2008).

7. Attached hereto as **Exhibit 5** is a true and correct copy of the article: Jacob Kastrenakes, *Pornhub to block five more states over age verification laws*, THE VERGE (June 19, 2024), *available at* https://bit.ly/3xvAI6E.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the article: Ashley Belanger, *Pornhub prepares to block five more states rather than check IDs*, ARSTECHNICA (June 20, 2024), *available at* https://bit.ly/4cdUUJu.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the article: Andrew K. Przybylski and Victoria Nash, *Internet Filtering and Adolescent Exposure to Online Sexual Material*, 21 Cyberpsychology, Behavior, and Social Networking, no. 7, 405–10 (2018).

    Respectfully submitted,

    James A. Barta
    Solicitor General

    Office of the Indiana Attorney General
    IGC-South, Fifth Floor
    302 West Washington Street
    Indianapolis, IN 46204-2770
    Telephone: (317) 232-0709
    Fax: (317) 232-7979
    Email: James.Barta@atg.in.gov