**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, <br><br>  Defendant. | Case No. |

**REBUTTAL DECLARATION OF ALISON BODEN IN SUPPORT OF PLAINTIFFS'
MOTION FOR EXPEDITED PRELIMINARY INJUNCTION**

I, Alison Boden, declare as follows:

1. I provide this Declaration in support of the Motion for Expedited Preliminary Injunction brought by Plaintiffs against Indiana Senate Bill 17 (the "Act"). I am over eighteen years of age, and I have personal knowledge of the matters set forth in this Declaration. If called as a witness I could and would testify competently to these matters.

2. I have reviewed the Defendants' Opposition and supporting papers, including the Declaration of Tony Allen. The Opposition refers, ECF 30 (Opp.) at 10-13, to FSC's decision not to reveal the identities of the members it most urgently represents in this action. FSC cannot disclose these members, consistent with its ethical obligations, since these anonymous members rely on FSC for their own protection, for the reasons stated in my previous declaration. FSC can disclose that some of these members reside in the US, produce adult content through a variety of mediums, and that some operate adult websites.

3. To the extent an FSC member must be identified by name, Plaintiff Paper Street Media, LLC, which operates the TeamSkeet network, as well Aylo Freesites, Ltd, which operates Pornhub.com, are members of FSC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 25, 2024 in San Francisco, California.

Dated: June 25, 2024

_____
Alison Boden

1