UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the state of Indiana, <br><br> Defendant. | CASE NO. 1:24-cv-980-RLY-MG |

**REBUTTAL DECLARATION OF RICHARD L. SONNIER III IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED PRELIMINARY INJUNCTION**

I, Richard L. Sonnier III, declare as follows:

1. The Plaintiffs retained me in the above captioned matter to provide technical expertise in the areas of Internet technologies and operations, including age verification of users, content filtering, parental controls, family safe usage, the cost of implementing Internet technologies, the cost of operating Internet technologies, Internet privacy, Internet standards, cybersecurity, and Internet regulations. My rate for time spent preparing this declaration and for the testimony in this matter is $350 per hour. My compensation in no way depends on the outcome of this litigation or the testimony or opinions that I express. My qualifications as an expert witness can be found in Exhibit A of my initial declaration in this matter, which includes my CV and a list of my publications and previous testimony.

2. I reviewed Defendant's Opposition, including the Declarations of Peter J. Glogoza and Tony Allen supporting it.

3. Tony Allen opines that "many filtering tools collect data on browsing habits. This information can be mishandled or accessed by unauthorized parties. The privacy infringement concerns raised about age verification apply also to content filtering."[1] There is no comparison between the security of highly confidential information like drivers' licenses—which, as discussed in my declaration, is a valuable target for hackers—and the parental monitoring of the browsing habits of their children, which does not contain personally identifiable information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of June 2024 in Houston, Texas.

*Richard L Sonnier III*
RICHARD L SONNIER III

---

[1] Allen Declaration at ¶ 47.