UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, <br><br> Defendant. | Case No. 1:24-cv-00980-RLY-MG <br><br> **STATEWIDE RELIEF SOUGHT** |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Plaintiffs write to respectfully respond to Defendant's motion for leave to file supplemental authority, ECF 32, regarding Plaintiffs' motion for preliminary injunction.

*Murthy v. Missouri*, 603 U. S. ____ (2024), is inapposite here, where Plaintiffs will be directly regulated under I.C. 24-4-23, *et seq.* (the "Act") if it goes into effect on July 1, 2024. Indeed, the Supreme Court specifically noted that the "one-step-removed, anticipatory nature of" the *Murthy* plaintiffs' "alleged injuries," slip op. at 9, "complicates" the standing analysis, *id.* at 14. As Plaintiffs have explained, ECF 31 (Reply Br.) at 6-8, Plaintiffs' standing is clear-cut given that they are direct targets of the challenged Act and the Attorney General's looming enforcement of the same. Nothing in *Murthy* or Indiana's supplementation points to the contrary.

1

Respectfully submitted,

| | |
|---|---|
| Dated: June 27, 2024 | By      /s/    Kian Hudson |

| | |
|---|---|
| Derek L. Shaffer (*pro hac vice*)<br>derekshaffer@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>1300 I Street NW, Ste 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Fax:  (202) 538-8100 | Kian Hudson (Bar No. 32829-02)<br>Kian.hudson@btlaw.com<br>BARNES & THORNBURG LLP<br>11 S Meridian St<br>Indianapolis, IN 46204<br>Telephone: (317) 236-1313<br>Fax: (317) 231-7433 |
| Taylor E. Comerford (*pro hac vice*)<br>taylorcomerford@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>111 Huntington Ave Ste 520<br>Boston, MA 02199<br>Telephone: (617) 712-7100<br>Fax:  (617) 712-7200 | Michael T. Zeller (*pro hac vice*)<br>Arian Koochesfahani (*pro hac vice*)<br>michaelzeller@quinnemanuel.com<br>ariankoochesfahani@quinnemanuel.com<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100 |
| Jeffrey Keith Sandman (*pro hac vice*)<br>jeff.sandman@webbdaniel.law<br>WEBB DANIEL FRIEDLANDER LLP<br>5208 Magazine St Ste 364<br>New Orleans, LA 70115<br>Phone: (978) 886-0639 | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

／s/ Kian Hudson
Kian Hudson
*Attorney for Plaintiffs*