UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-00980-RLY-MG |
| | ) |
| TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, | ) |
| | ) |
| Defendant. | ) |

**ORDER ENJOINING DEFENDANT FROM ENFORCING SENATE BILL 17**

Today, the court found Senate Bill 17 codified at Indiana Code §§ 24-4-23, *et seq.*, was likely facially unconstitutional under the First Amendment. In other words, it is likely the law is unconstitutional *in toto*. As a result, Defendant Todd Rokita, in his official capacity as the Attorney General of the State of Indiana, his officers, agents, servants, employees, attorneys, and those acting in concert with them are **PRELIMINARILY ENJOINED** from enforcing Indiana Codes §§ 24-4-23-1; 24-4-23-2; 24-4-23-3; 24-4-23-4; 24-4-23-5; 24-4-23-6; 24-4-23-7; 24-4-23-8; 24-4-23-9; 24-4-23-10; 24-4-23-11; 24-4-23-12; 24-4-23-13; 24-4-23-14; 24-4-23-15; 24-4-23-16; 14-4-23-17. This injunction shall last until the court enters final judgment in this action or an order of this court or a higher court dissolves the injunction.

This Order takes effect on this 28th day of June 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.