# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 10, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2174
>
> Caption:
> FREE SPEECH COALITION, INC., et al.,
>           Plaintiffs - Appellees
>
> v.
>
> TODD ROKITA,
>           Defendant - Appellant
>
> ---
>
> District Court No: 1:24-cv-00980-RLY-MG
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
>
> Date NOA filed in District Court: 07/05/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)