**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, <br><br> Defendant. | Case No. 1:24-cv-00980-RLY-MG |

## ORDER GRANTING JOINT MOTION TO EXTEND ALL REMAINING CASE DEADLINES BY TWO MONTHS

On this day the Court considered the Parties' Joint Motion to Extend All Remaining Case Deadlines by Two Months, Dkt. 71. After due consideration of the Motion, this Court finds the Motion meritorious.

IT IS HEREBY ORDERED that the Parties' Joint Motion is GRANTED as follows:

| | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' expert disclosures | October 31, 2024 | December 31, 2024 |
| Defendant's expert disclosures | November 14, 2024 | January 14, 2025 |
| Completion of expert and non-expert discovery | December 31, 2024 | February 28, 2025 |
| Plaintiffs' Motion for Summary Judgment | January 31, 2025 | March 31, 2025 |
| Defendant's Cross-Motion for Summary Judgement and Response | March 3, 2025 | May 5, 2025 |
| Plaintiffs' Response and Reply | March 24, 2025 | May 26, 2025 |
| Defendants' Response and Reply | April 14, 2025 | June 16, 2025 |
| Final Witness and Exhibit Lists | January 21, 2025 | March 21, 2025 |
| Motions to Preclude or Limit Expert Testimony | February 3, 2025 | April 3, 2025 |
| Trial | September 2025 | November 2025 |

Date: 10/24/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to registered counsel of record.