UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, <br><br> Defendant. | Case No. 1:24-cv-00980-RLY-MG <br><br> **STATEWIDE RELIEF SOUGHT** |

**JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE**

Plaintiffs Free Speech Coalition, Inc., Aylo Premium Ltd, Aylo Freesites Ltd, WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, and Midus Holdings, Inc. (collectively, "Plaintiffs") and Defendant Todd Rokita, in his official capacity as the Attorney General of the State of Indiana (collectively with Plaintiffs, the "Parties") respectfully request that the Court set this matter for a telephonic status conference the week of July 28, 2025 to August 1, 2025, or any week thereafter, for the purpose of reviewing the Case Management Plan and deadlines, per the Court's Order Granting Plaintiffs' Motion to Stay Proceedings, ECF 77.

1

Dated: July 11, 2025

/s/ Kian Hudson
Kian Hudson (Bar No. 32829-02)
Kian.hudson@btlaw.com
BARNES & THORNBURG LLP
11 S Meridian St
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Fax: (317) 231-7433

*Counsel for Plaintiffs Free Speech Coalition, Inc., Aylo Premium Ltd, Aylo Freesites Ltd, WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, and Midus Holdings, Inc.*

Derek L. Shaffer *(pro hac vice)*
derekshaffer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Michael T. Zeller (*pro hac vice*)
Diane Cafferata (*pro hac vice*)
Arian Koochesfahani (*pro hac vice*)
michaelzeller@quinnemanuel.com
dianecafferata@quinnemanuel.com
ariankoochesfahani@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel.: (213) 443-3000
Fax: (213) 443-3100

/s/ James Barta
Theodore E. Rokita
James A. Barta
Jenna M. Lorence
Katelyn E. Doering
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

David H. Thompson *(pro hac vice)*
Peter A. Patterson *(pro hac vice)*
Brian W. Barnes *(pro hac vice)*
Megan M. Wold *(pro hac vice)*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, DC 20036
Phone: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Defendant Todd Rokita*

Taylor E. Comerford *(pro hac vice)*
taylorcomerford@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
Tel.: (617) 712-7100
Fax: (617) 712-7200

Jeffrey Keith Sandman (*pro hac vice*)
jeff.sandman@webbdaniel.law
WEBB DANIEL FRIEDLANDER LLP
5208 Magazine St Ste 364
New Orleans, LA 70115
Telephone: (978) 886 0639

*Counsel for Plaintiffs Free Speech Coalition, Inc., Aylo Premium Ltd, Aylo Freesites Ltd, Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, and Midus Holdings, Inc.*

Jacqueline Chung (*pro hac vice forthcoming*)
jacqueline.chung@whitecase.com
WHITE & CASE LLP
1221 Ave. of the Americas
New York, NY 10020
(212) 819-7844

Sean Gorman (*pro hac vice forthcoming*)
sean.gorman@whitecase.com
WHITE & CASE LLP
609 Main Street, Suite 2900
Houston, TX 77002
(713) 496-9676

*Counsel for Plaintiffs WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., and Sonesta Media, s.r.o.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Kian Hudson*
                                                Kian Hudson
                                                *Attorney for Plaintiffs*