UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court appreciates the parties compliance with its Order at Dkt. [77]. At this time, however, the parties joint motion is denied without prejudice [82.] The parties shall file an amended proposed case management plan on or before July 31, 2025 and the Court will rule accordingly by separate entry.
>
> MG
> 7/22/2025

FREE SPEECH COALITION, INC., AYLO PREMIUM LTD, AYLO FREESITES LTD, WEBGROUP CZECH REPUBLIC, A.S., NKL ASSOCIATES, S.R.O., SONESTA TECHNOLOGIES, S.R.O., SONESTA MEDIA, S.R.O., YELLOW PRODUCTION, S.R.O., PAPER STREET MEDIA, LLC, NEPTUNE MEDIA, LLC, MEDIAME SRL, MIDUS HOLDINGS, INC.,

Plaintiffs,

v.

TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana,

Defendant.

Case No. 1:24-cv-00980-RLY-MG

**STATEWIDE RELIEF SOUGHT**

**JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE**

Plaintiffs Free Speech Coalition, Inc., Aylo Premium Ltd, Aylo Freesites Ltd, WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, and Midus Holdings, Inc. (collectively, "Plaintiffs") and Defendant Todd Rokita, in his official capacity as the Attorney General of the State of Indiana (collectively with Plaintiffs, the "Parties") respectfully request that the Court set this matter for a telephonic status conference the week of July 28, 2025 to August 1, 2025, or any week thereafter, for the purpose of reviewing the Case Management Plan and deadlines, per the Court's Order Granting Plaintiffs' Motion to Stay Proceedings, ECF 77.

1