UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WEBGROUP CZECH REPUBLIC, A.S. and NKL ASSOCIATES, S.R.O., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, in his official capacity as the Attorney General of the State of Indiana, <br><br> Defendant. | Case No. 1:24-cv-00980-RLY-MG |

**PLAINTIFFS' AMENDED PRELIMINARY WITNESS AND EXHIBIT LIST**

Pursuant to the Amended Case Management Plan (ECF No. 92) entered in this action, Plaintiffs WebGroup Czech Republic, a.s. and NKL Associates s.r.o. submit their amended preliminary witness and exhibit list.

### I. PRELIMINARY WITNESS LIST

1. Defendant Attorney General Todd Rokita, who can be contacted through his counsel.

2. Robert Seifert, Director of Plaintiffs NKL Associates, s.r.o., and Director of WebGroup Czech Republic, a.s., who can be contacted through his counsel.

### II. PRELIMINARY EXHIBIT LIST

1. All filings by Plaintiffs or Defendant in this matter and any attachments or exhibits, including, but not limited to, the parties' briefing on Plaintiffs' Motion for Preliminary Injunction.

2. All declarations and verified documents filed or served in this case.

3. S.B. 17 and the legislative record regarding S.B. 17, including, but not limited to, House and Senate hearing recordings.

4. 47 U.S.C. § 230 (Communications Decency Act, Section 230) and the legislative record regarding 47 U.S.C. § 230, but not limited to, House and Senate hearing minutes.

5. All depositions taken in this action and their exhibits.

6. All responses to interrogatories and documents produced in discovery in this action.

7. All stipulations and responses to requests for admission in this action.

8. Public reports prepared by Defendant, the state of Indiana, or a federal department or agency pertaining to S.B. 17, access to sexually explicit content online, and the prevention of such access by minors, including, but not limited to, the means of age verification, content filtering, internet service provider blocking, and other alternatives.

9. All documents noted by Defendant in their disclosures and any exhibit lists.

10. Any and all documents necessary for purposes of impeachment or rebuttal.

Defendant will be notified of any additional witnesses and documents in a timely fashion as those documents become known, as investigation and discovery are ongoing.

Dated: October 31, 2025

**WHITE & CASE LLP**

By: */s/ Sean Gorman*
Sean Gorman (*pro hac vice*)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
sean.gorman@whitecase.com

Jacqueline L. Chung
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-7844
jacqueline.chung@whitecase.com

**BARNES & THORNBURG, LLP**

Kian Hudson
11 S Meridian St.
Indianapolis, IN 46204
Telephone: (317) 236-1313
kian.hudson@btlaw.com

*Counsel for WebGroup Czech Republic, a.s. and NKL Associates, s.r.o.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025 a copy of the foregoing was filed electronically.

Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sean Gorman*
Sean Gorman

ATTORNEY FOR PLAINTIFFS
