**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WEBGROUP CZECH REPUBLIC, A.S.; NKL ASSOCIATES, S.R.O.,<br><br>*Plaintiffs / Counter-Defendants*,<br><br>v.<br><br>TODD ROKITA, in his official capacity as Attorney General of the State of Indiana,<br><br>*Defendant / Counter-Plaintiff*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-00980-RLY-MG |

**PLAINTIFFS/COUNTER-DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS**

Plaintiffs/Counter-Defendants WebGroup Czech Republic, a.s. and NKL Associates, s.r.o. (collectively "Counter-Defendants") file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant/Counter-Plaintiff Todd Rokita, in his official capacity as the Attorney General of the State of Indiana, filed counterclaims against Counter-Defendants seeking to enforce Senate Bill 17 (the "Act") against Counter-Defendants. The State, however, fails to adequately state a claim under the Act. The State fails to adequately plead a plausible violation of the Act, and its claims are barred by Section 230 of the Communications Decency Act (47 U.S.C. § 230).

For the reasons stated above and as further explained in Counter-Defendants' Brief in Support of Their Rule 12(b)(6) Motion to Dismiss, the Court should grant Counter-Defendants' Motion and dismiss the State's counterclaims with prejudice.

Date: January 28, 2026

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Sean Gorman*
Sean Gorman (*pro hac vice*)
Jacqueline Chung (*pro hac vice*)
WHITE & CASE LLP
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
sean.gorman@whitecase.com
jacqueline.chung@whitecase.com

Kian Hudson (Bar No. 32829-02)
BARNES & THORNBURG LLP
11 S Meridian St
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Fax: (317) 231-7433
kian.hudson@btlaw.com

**ATTORNEYS FOR PLAINTIFFS WEBGROUP CZECH REPUBLIC, A.S.; NKL ASSOCIATES S.R.O.**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Statement in Response was served on all parties of record by electronic means through the CM/ECF system.

/s/ *Sean Gorman*
Sean Gorman