**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WEBGROUP CZECH REPUBLIC, A.S.; NKL ASSOCIATES, S.R.O., | § | |
| *Plaintiffs / Counter-Defendants,* | § | |
| v. | § | Case No. 1:24-cv-00980-RLY-MG |
| TODD ROKITA, in his official capacity as Attorney General of the State of Indiana, | § | |
| *Defendant / Counter-Plaintiff.* | § | |

**COUNTER-DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS**
**COUNTER-PLAINTIFF'S AMENDED COUNTER CLAIMS**

Counter-Defendants WebGroup Czech Republic, a.s. and NKL Associates, s.r.o. file this Motion to Dismiss Counter-Plaintiff's Amended Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6). Counter-Plaintiff Todd Rokita, in his official capacity as the Attorney General of the State of Indiana, filed amended counterclaims against Counter-Defendants seeking to enforce Senate Bill 17 (the "Act") against Counter-Defendants. The State, however, fails to adequately plead a plausible violation of the Act.

For the reasons stated above and as further explained in Counter-Defendants' Brief in Support of Their Rule 12(b)(6) Motion to Dismiss Counter-Plaintiff's Amended Counterclaims, the Court should grant Counter-Defendants' Motion and dismiss Counter-Plaintiff's claims with prejudice.

Date: August 28, 2026

Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Sean Gorman*
Sean Gorman (*pro hac vice*)
Jacqueline Chung (*pro hac vice*)

WHITE & CASE LLP
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
sean.gorman@whitecase.com
jacqueline.chung@whitecase.com

Kian Hudson (Bar No. 32829-02)
BARNES & THORNBURG LLP
11 S Meridian St
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Fax: (317) 231-7433
kian.hudson@btlaw.com

**ATTORNEYS FOR PLAINTIFFS WEBGROUP CZECH REPUBLIC, A.S.; NKL ASSOCIATES S.R.O.**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Motion was served on all parties of record by electronic means through the CM/ECF system.

/s/ *Sean Gorman*
Sean Gorman